# WARRANT FOR ARREST

AUSA Beth Sreenan

| UNITED STATES DISTRICT COURT | DISTRICT<br>Southern District of Florida | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**ERIC DEAN ROLLINS** | DOCKET NO.<br><br>CR-GRAHAM | MAGISTRATE CASE NO.<br>*MAGISTRATE LYNCH JUDGE* |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**NAME:** Eric Dean Rollins<br>**DOB:** 02-25-1951   **SSN:** 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<br>**ADDRESS:** 605 9th Court, Vero Beach, FL 32962<br>**HEIGHT:** 6' 0"   **WEIGHT:** 225 lbs<br>**HAIR:** Brown   **EYES:** Brown<br>**RACE:** White   **SEX:** Male<br>**CUSTODY:** St. Lucie County Jail, Fort Pierce, Florida<br>**BOOKING NO.** 166188<br>**AGENCY:** ICE - SA Brian Ray | |

WARRANT ISSUED ON THE BASES OF:
___ Order of Court    **X** Indictment
___ Information    ___ Complaint

TO: **U.S. MARSHALS SERVICE OR ANY OTHER AUTHORIZED FEDERAL AGENCY.**

DISTRICT OF ARREST: SDFL

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Did knowingly persuade, induce, entice and coerce a minor to travel in interstate commerce to engage in prohibited sexual conduct. Did knowingly use a computer to persuade, induce, entice and coerce a minor to engage in prohibited sexual conduct.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2422(a) and (b) |
|---|---|---|

BAIL FIXED BY COURT: *Pretrial Detention*

OTHER CONDITIONS OF RELEASE:

ORDERED BY
**FRANK J. LYNCH, JR.**
**UNITED STATES MAGISTRATE JUDGE**

SIGNATURE (JUDGE/U.S. MAGISTRATE)

DATE: 4/13/06

CLERK OF COURT
**CLARENCE MADDOX**

(BY) DEPUTY CLERK: J. Harris

DATE ISSUED: 4-13-2006

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

United States Judge or Judge of a State Court of Record

# BOND RECOMMENDATION

Defendant:   **Eric Dean ROLLINS**

$ __PTD__                               (Surety, Recognizance, Corporate Surety, Cash) (Jail)
                                        (On Bond) (Warrant) (Summons) (Marshals' Custody)


*Beth Sreenan*
Beth Sreenan
Assistant United States Attorney


Last Known Address: 605 9th Court, Vero Beach, FL  32962

Incarceration Facility:  St. Lucie County Jail, Fort Pierce, Florida

Agent: SA Brian Ray - ICE