rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14016-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC ROLLINS,

        Defendant.
_____/

**DEFENDANT'S OBJECTIONS TO REVISED PSI**

        Defendant, Eric Rollins, through undersigned counsel, files the following objection to the revised Presentence Investigation (hereinafter referred to as the PSI).

        1. At ¶ 31, p. 9, under the subheading **Specific Offense Characteristics**, Defendant's offense level for Count Two is enhanced by 2 pursuant to § 2G1.3(b)(2) for knowingly misrepresenting his identity to persuade, induce, entice, coerce, or facilitate the travel of a minor to engage in prohibited sexual conduct, or having otherwise unduly influenced a minor to engage in such conduct.  This enhancement is based upon Defendant representing himself to be in his 30's as apposed to his true age of 55.  Clearly this is not the type of misrepresentation which would influence a minor one way or the other to engage in prohibited sexual conduct with someone he or she met on line.  This enhancement should apply to those misrepresentations which were exclusively designed to take advantage of the minor's naivete; for example misrepresenting oneself to be famous, handsome, or wealthy.  There is also no indication that this representation influenced the "minor" in this case to meet Defendant.  This enhancement should

S:\ROSEN\rollinspsi2.wpd

not apply.  This objection does not change the guideline calculation.

                    Respectfully submitted,
                    KATHLEEN M. WILLIAMS
                    FEDERAL PUBLIC DEFENDER

By: s/-Robin C. Rosen-Evans
      Robin C. Rosen-Evans
      Assistant Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 438820
      450 Australian Ave. Suite 500
      West Palm Beach, Florida 33401
      TEL:(561) 833-6288\FAX:(561) 833-0368
      E-Mail: Robin_Rosen-Evans@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th  day of December 2006, undersigned counsel filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

                    s/Robin C. Rosen-Evans
                    Robin C. Rosen-Evans